20430. BROOKS *v.* ACREY.

BROYLES, C. J. The only assignment of error in the bill of exceptions is upon the overruling of the motion for a new trial, which contained the usual general grounds only. The verdict was authorized by the evidence, and, the finding of the jury having been approved by the trial judge, this court is without authority to interfere with it.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED MAY 14, 1930.

*A. J. Griffin, Oscar Brown,* for plaintiff in error.
*S. R. Jolly,* contra.